| STATE OF LOUISIANA | * | NO. 2025-K-0733 |
| VERSUS | * | COURT OF APPEAL |
| ELVIS BROOKS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*RML*    **LEDET, J., DISSENTING**

I would deny the writ application.